

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00377-CR
No. 04-19-00378-CR

Joshua **PIEPER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR2080 and Trial Court No. 2018CR2081
Honorable Jefferson Moore, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 23, 2020.

_____
Irene Rios, Justice